

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2015

No. 04-14-00746-CV

**ALAMO HEIGHTS ISD**,
Appellant

v.

Catherine **CLARK**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-19821
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant's Motion to Exceed Word Limits of TRAP 9.4(i)(2)(C) is hereby GRANTED.

It is so **ORDERED** on April 27, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court